IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION

(Write the District and Division, if any, of the court in which the complaint is filed.)

FILED BY MC D.C.

JAN 23 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MR. ALIESKI SALGADO SANTANA
MR. GREGORY FITZGERALD GIBERT

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

FLORIDA DEPT. OF CORR, JAIL FACILITIES
MIAMI-DADE COUNTY.
JACKSON MEMORIAL HOSPITAL, MOUNT SINAI HOSPITAL
PUBLIC DEFENDERS OF MIAMI-DADE COUNTY
MIAMI-DADE POLICE DEPT.

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☐ No
(check one)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.  The Parties to This Complaint

  A.  The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: MR. GREGORY FITZGERALD GIBERT
        MR. ALIESKI SALGADO SANTANA,

  All other names by which you have been known: _____

  ID Number: 2301-36-922 ; 2301-35-709
  Current Institution: METROWEST DETENTION CENTER
  Address: 13850 N.W. 41ST STREET
           MIAMI, FLORIDA 33178.

  B.  The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
    Name: FLORIDA DEPARTMENT OF CORRECTIONAL OFFICERS
    Job or Title (if known): MIAMI-DADE COUNTY JAIL OFFICERS,
    Shield Number: _____
    Employer: FLORIDA STATE GOVENORS OFFICE, GOVENOR
    Address: MR. DESANTES, GOVERNOR
             TALLAHASSEE, FLA. 32301

    ☐ Individual capacity   ☒ Official capacity

  Defendant No. 2
    Name: MOUNT SINAI HOSPITAL
          JACKSON MEMORIAL HOSPITAL

Job or Title
(if known)

Shield Number

Employer   MOUNT SINAI HOSPITAL EMPLOYEES
JACKSON MEMORIAL HOSPITAL EMPLOYEES

Address

MIAMI, FLORIDA 33136,

☐ Individual capacity   ☒ Official capacity   33141,

Defendant No. 3

Name   PUBLIC DEFENDERS OFFICIALS ATTORNEYS

Job or Title   ATTORNEYS
(if known)

Shield Number

Employer   CARLOS MARTINEZ, ATTORNEY

Address   1320 N.W. 14TH STREET
MIAMI, FLORIDA 33125,

☐ Individual capacity   ☒ Official capacity

Defendant No. 4

Name   MIAMI-DADE MIAMI BEACH POLICE DEPT,
MIAMI-DADE CITY OF MIAMI POLICE DEPT,

Job or Title   POLICE OFFICERS
(if known)

Shield Number

Employer   MIAMI-DADE CITY OF MIAMI POLICE DEPT,

Address

MIAMI, FLA, 33136,

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.  Are you bringing suit against *(check all that apply)*:

    ☐   Federal officials (a *Bivens* claim)

    ☒   State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    THE 8TH AMENDMENT OF THE U.S. CONSTITUTION "CRUEL AND UNUSUAL PUNISHMENT," ARTICLE VI OF THE U.S. CONSTITUTION "CONTRACT TREATY AGREEMENT (ATTY/CLIENT CONTINGENCY AGREEMENT); ARTICLE III (OF THE U.S. CONSTITUTION "OATH AGREEMENT").

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    THE CORRECTIONAL OFFICERS USED PHYSICAL FORCE AND ALLOWED SEXUAL ABUSE TO OCCUR (8TH AMENDMENT VIOLATIONS), MEDICAL STAFF ALLOWED DENIAL OF MEDICINE (8TH AMEND. VIOLATIONS, PUBLIC DEFENDERS OPERATED WITHOUT CONTRACTUAL SERVICE, ARTICLE 3 & 6 VIOLATIONS.

III. **Prisoner Status**

    Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

    ☒   Pretrial detainee

    ☐   Civilly committed detainee

    ☐   Immigration detainee

4

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

ON JANUARY 29TH, 2021 I WAS ROLLED IN A WHEELCHAIR INTO THE EMERGENCY ROOM AT MOUNT SINAI HOSPITAL ON THE MIAMI BEACH AND ATTACKED BY POLICE, I SUFFERED LACERATIONS, AND MISSING TEETH AND RIGHT & LEFT KNEE & BACK INJURIES, ON 9-29-2022 I WAS ATTACKED INSIDE CITY MIAMI POLICE DEPARTMENT HOLDING CELL I WOKE UP AT JACKSON MEMORIAL HOSPITAL I HAVE A MEDICAL REPORT THERE.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

ON 12-26-2022, THE DAY AFTER CHRISTMAS I WAS HANDCUFFED AND ATTACKED BY JAIL HOUSE EMPLOYEES AT MIAMI-DADE PRE-TRIAL DETENTION CENTER AND SUFFERED A BROKE RIB, LACERATIONS AND EYE DAMAGE FROM A POWERFUL MACE AND DEVELOPED CATARACS AND NOW WEARING EYE GLASSES AND I STILL CAN NOT SEE STRAIGHT.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

① 1-29-2021, 2:00 A.M.; 12-26-2022, 6:00 P.M.; 9-29-2022 3:00 PM, 8-15-2023, 2:00AM, ON GOING NOW AT THE PRESENT.

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CRUEL AND UNUSUAL PUNISHMENT WHILE DETAINED AND HANDCUFFED PHYSICAL ABUSE AND MENTAL ANGUISH, BY MIAMI-DADE POLICE & JAIL EMPLOYEES, HOSPITAL EMPLOYEES (MOUNT SINAI HOSPITAL) (JACKSON MEMORIAL EMERGENCY ROOM) (HOSPITAL CORRECTIONAL HEALTH EMPLOYEES)

5

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MR GREGORY F. GIBERT, RECIEVED LACERATIONS AND STAB WOUNDS AND DID NOT RECEIVE MEDICAL ATTENTION AND ON ANOTHER INCIDENT JACKSON MEMORIAL HOSPITAL HAS A REPORT FOR INJURIES SUSTAINED IN POLICE CUSTODY. MR. ALIESKI S. SANTANA, RECIEVED LACERATIONS AND STAB WOUNDS AND SEXUAL PHYSICAL ASSAULT AND ABUSE AT PRETRIAL DETENTION CENTER AND SO DID MR. GREGORY F. GIBERT AT PRETRIAL DETENTION CENTER & METRO WEST DETENTION CENTER ALSO.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① MR. GREGORY F. GIBERT, REQUEST REDRESS OF RELIEF IN MONEY AND PUNITIVE DAMAGES $2,500.00 A DAY FOR 20 YEARS, AND THIS WILL SATISFY MY CLAIM. ② MR. ALIESKI S. SANTANA, REQUEST REDRESS OF RELIEF IN MONEY AND PUNITIVE DAMAGES $2,500.00 A DAY FOR 20 YEARS, AND THIS WILL SATISFY MY CLAIM. AND FREE MEDICAL INSURANCE TO COVER MEDICAL CONDITIONS FOR 20 years, AND FREEDOM FROM JAIL CASES. THANK YOU

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

PRETRIAL DETENTION CENTER, TURNER GUILFORD KNIGHT DETENTION CENTER, METROWEST DETENTION CENTER, MIAMI POLICE DEPARTMENT (CITY OF MIAMI, MIAMI BEACH).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

PRETRIAL DETENTION CENTER, METROWEST DETENTION CENTER, TURNER GUILFORD KNIGHT DETENTION CENTER, ONLINE FOR MIAMI POLICE & MIAMI BEACH POLICE DEPARTMENTS.

2. What did you claim in your grievance?

MR. GIBERT & MR. SANTANA CLAIMED 8TH AMENDMENT U.S. CONSTITUTIONAL VIOLATIONS, ARTICLES 3 & 6 VIOLATIONS, MEDICAL DENIAL OF MEDICATION VIOLATIONS.

3. What was the result, if any?

NONE AT ALL. WE STILL SUFFER, (MR. GIBERT, AND MR. SANTANA).

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

THE GRIEVANCE PROCESS COMPLETED! YES.

8

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    _____
    _____
    _____
    _____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    _____
    _____
    _____
    _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

MR. GREGORY F. GIBERT IS FALSELY DETAINED AT THE MOMENT IN MIAMI-DADE COUNTY JAILS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AND A TYPE II CHRONIC DIABETIC

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

NOT RECEIVING PROPER MEDICAL CARE UNDER 28 U.S.C. § 1915(g) NEEDS HELP ASAP.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ ~~Yes~~
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    _____

    Defendant(s)   _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____
   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

### IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _11-16_, 20_23_

Signature of Plaintiff: *Gregory F. Dibert; A. [signature]*
Printed Name of Plaintiff: GREGORY F. DIBERT; Alieski Salgado Santana
Prison Identification #: 2301-35-709 ; 2301-36-922
Prison Address: 13850 N.W. 41st STREET
DORAL, FLORIDA        33178,
City              State         Zip Code

**B. For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____

Address          _____
Telephone Number _____
E-mail Address   _____

Case 1:24-cv-20266-RS Document 1 Entered on FLSD Docket 01/23/2024 Page 14 of 15

Mr. Alieski S Santana #230136922
Metro west Detention Center - 3C2 #24
13850 N.W 41st street
Doral, FL 33178.




18 JAN

U.S. District Court Clerk.
400 N Miami Ave
Miami, FL 33128.
33128-771899